USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 12 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

EDNER VERNA,

                Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-------------------------------------------------------------- X

11 Civ. 7947 (AJN) (GWG)

ORDER

ALISON J. NATHAN, District Judge:

       Plaintiff, Edner Verna, initiated this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the Commissioner of Security Security's denial of Mr. Verna's claim for disability insurance benefits. The parties cross-moved for judgment on the pleadings, (Dkt. #s 10 and 14), and on February 15, 2013, Magistrate Judge Gorenstein issued a Report and Recommendation (the "R&R") recommending that the Commissioner's motion for judgment on the pleadings be granted and that Mr. Verna's motion for judgment on the pleadings be denied, (Dkt. # 17).

       On March 5, 2013, Mr. Verna filed what are captioned as objections to the R&R. (Dkt. # 21) However, Mr. Verna's filing does not address the R&R and does not assert that Judge Gorenstein made particular errors in recommending that Mr. Verna's motion be denied. Instead, Mr. Verna largely cuts-and-pastes from his original motion. Because Mr. Verna simply reiterates his original arguments, the Court need only review the R&R for clear error. *See, e.g., Jones v. Astrue*, No. 09 Civ. 5577, 2012 WL 4473258, at *1 (Sept. 28, 2012), *Feliciano v. Commissioner of Social Sec.*, No. 10 Civ. 3151, 2011 WL 6399512, at *3 (S.D.N.Y. Dec. 20,

1

2011); *Barratt v. Joie*, No. 96 Civ. 0324, 2002 WL 335014, at *1 (S.D.N.Y. Mar. 04, 2002).

Upon review, the Court finds no clear error on the face of the record. Accordingly, for substantially the same reasons as those set forth in the R&R, the Court adopts the R&R and grants the Commissioner's motion for judgment on the pleadings. The Clerk of the Court is directed to terminate this action.

SO ORDERED.

Dated: March 12, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Court Judge